**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-43000-RAM**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Juan Blanco                           CO-DEBTOR: Angela Blanco
Last Four Digits of SS# xxx-xx-3446           Last Four Digits of SS# xxx-xx-0031

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of  60  months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

   A.  $ 231.38     for months   1   to  60  ;
   B.  $_____   for months _____ to _____;
   C.  $_____   for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee   $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                   TOTAL PAID       $2,500.00
                   Balance Due      $ 1,750.00  payable $ 145.84  month (Months  1  to  12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                  Arrearage on Petition Date $ _____
Address _____              Arrears Payment  $_____/month (Months ___ to ___)
         _____              Arrears Payment  $_____/month (Months ___ to ___)
         _____              Regular Payment  $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Home Finance, LLC Loan No. xxxxx0022 Prop Add: 3741 E 8th Ave Hialeah, FL 33013 | Homestead Property $125,759.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____             Total Due $_____
                                    Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 62.41  month (Months  1  to  12  ). Pay $208.25/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtors are paying Ocwen Loan Servicing (Loan#xxxx4814), Ally Financial (Loan#xxxxx3117) and Capital One Auto Fin (Loan#xxxxx6515) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtors
Date: 12/14/11