UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

JUAN AND ANGELA BLANCO,　　　　　　　　　　　　Case No. 11-43000-RAM
　　　Debtors
_____/　　　　　　　　　Chapter 13

**CERTIFICATE OF SERVICE**

　　　**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 15TH day of March 2012 to all parties on the attached service list.

　　　　　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　**ROBERT SANCHEZ, P.A.**
　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　900 W 49th Street, Ste 500
　　　　　　　　　　　　　Hialeah, FL 33012
　　　　　　　　　　　　　Tel. (305) 687-8008

　　　　　　　　　　　　　By:/s/Robert Sanchez_____
　　　　　　　　　　　　　　　Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

| | |
|---|---|
| JP Morgan Chase Bank<br>c/o James L. Dimon, CEO<br>9200 Oakdale Avenue<br>Chatsworth, CA 91311 | JP Morgan Chase Bank<br>c/o James L. Dimon, CEO<br>270 Park Avenue<br>New York, NY 10017 |
| JP Morgan Chase Bank<br>CT Corporation System, R.A.<br>1200 South Pine Island Road<br>Plantation, FL 33324 | |
| Chase Home Finance, LLC<br>CT Corporation System, R.A.<br>1200 South Pine Island Road<br>Plantation, FL 33324 | Chase Home Finance, LLC<br>c/o David B. Lowman<br>194 Wood Avenue South, 4th Floor<br>Iselin, NJ 08830 |
| Ocwen Financial Corporation<br>Servicing Company for Litton Loan Servicing<br>c/o William Erbey, CEO<br>1661 Worthington Rd, Ste 100<br>West Palm Beach, FL 33409 | |
| Ocwen Financial Corporation<br>Servicing Company for Litton Loan Servicing, Inc.<br>Corporation Service Company, R.A.<br>1201 Hays Street<br>Tallahassee, FL 32301 | |